UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2011 SEP -7 AM 10: 19
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ /M _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>YOLANDA BAZAN (1),<br><br>       Defendant. | CASE NO. 11CR3067-BEN<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense as charged in the Information:

  TITLE 21 U.S.C. §952 and 960.

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 06, 2011

HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE